# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 14, 2025

### NO. 03-24-00509-CV

**Rickye Henderson, Appellant**

**v.**

**Armbrust & Brown, PLLC; David King; Guillermo Alarcon; and Ali Arabzadegan, Appellees**

---

**APPEAL FROM 200TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES TRIANA, THEOFANIS, AND ELLIS**
**AFFIRMED -- OPINION BY JUSTICE THEOFANIS**

---

This is a consolidated appeal from the judgment signed by the trial court on July 29, 2024 and the vexatious-litigant order signed June 12, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment or order. Therefore, the Court affirms the trial court's judgment and order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.